Commonwealth ex rel. Johnson, Appellant, *v.* Myers.

Submitted March 11, 1963. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Isaiah R. Johnson, Jr.,* appellant, in propria persona.

*George W. Gekas,* Assistant District Attorney, and *Martin H. Lock,* District Attorney, for appellee.

OPINION PER CURIAM, March 19, 1963:

The order of the court below dismissing petition for writ of habeas corpus is affirmed on the opinion of President Judge SOHN of the Court of Common Pleas of Dauphin County, as reported in 29 Pa. D. & C. 2d 426.

FLOOD, J., dissents.